UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY MUTUAL INSURANCE COMPANY; and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED MRI CENTER, LLC d/b/a COMPLETE IMAGING,<br><br>Defendant. | C.A. No. 21-cv-12137-TGB-EAS |

## **JUDGMENT**

The Court hereby ORDERS that JUDGMENT is entered in the above-captioned action as follows:

1.  Judgment is entered in favor of plaintiffs Liberty Mutual Fire Insurance Company, LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Insurance Company, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and entered against defendant Integrated MRI Center, LLC d/b/a Complete Imaging ("Complete Imaging") on Count I of Liberty Mutual's Complaint for breach of contract (*ECF No. 1*).

2. Judgment is entered in favor of Liberty Mutual and entered against Complete Imaging in the amount of $175,000 plus all of Liberty Mutual's attorney's fees and costs incurred related to the breach of contract, calculated as a sum certain of Liberty Mutual's damages against Complete Imaging in the above-captioned matter.

3. Liberty Mutual waives any statutory or contractual interest it may be owed on this Judgment.

4. This Judgment constitutes a final judgment pursuant to Fed. R. Civ. P. 54.

5. The Court retains jurisdiction to enforce this Judgment.

IT IS SO ORDERED AND ADJUDGED.


Dated: July 13, 2022                    /s/Terrence G. Berg_____
                                        HON. TERRENCE G. BERG
                                        United States District Court Judge